IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| FRANK BOOKER, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:09cv00759 |
| | ) |
| DOMINION VIRGINIA POWER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENTRY OF ORDER DISMISSING TDS TELECOMMUNICATIONS CORPORATION

For the reasons set forth in the memorandum filed in support of this motion, Defendant TDS Telecommunications Corporation (TDS), by counsel, moves for immediate entry of an order dismissing Plaintiff's claims against TDS.

### *ROSEBORO* NOTICE

This motion seeks entry of an order dismissing all claims against TDS, and is therefore a dispositive or partially dispositive motion. Pursuant to the requirements of *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), and Local Rule 7(K), promulgated by the United States District Court, Eastern District of Virginia, the Plaintiff is herewith notified and warned that:

(1) The *pro se* party is entitled to file a response opposing the motion and that any such response must be filed within twenty (20) days of the date on which the dispositive or partially dispositive motion was filed;

(2) The Court could dismiss the action on the basis of the moving party's papers if the *pro se* party does not file a response;

(3) The *pro se* party must identify all facts stated by the moving party with which the *pro se* party disagrees and must set forth the *pro se* party's version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

(4) The *pro se* party is also entitled to file a legal brief in opposition to the one filed by the moving party.

The Plaintiff is further reminded that no pleading or other documents submitted by him will be filed by the Clerk unless he also attaches a certificate of service stating that he has served or will serve copies thereof upon undersigned counsel for the Defendant. The certificate of service shall show the date and manner of service. See Rule 5 of the Federal Rules of Civil Procedure.

TDS TELECOMMUNICATIONS CORPORATION

By: _____
          Counsel

W. Jeffery Edwards (VSB# 20719)
William H. Wright, Jr. (VSB #25576)
HUNTON & WILLIAMS, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

Counsel for TDS Telecommunications Corporation

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2010, I electronically filed the foregoing **MOTION FOR ENTRY OF AN ORDER DISMISSING TDS TELECOMMUNICATIONS CORPORATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Robin Perrin, Esq.
>Assistant United States Attorney
>OFFICE OF THE UNITED STATES ATTORNEY
>600 East Main Street, Suite 1800
>Richmond, Virginia 23219
>
>Counsel to Defendants Mark Bertsch and the United States
>
>-and-
>
>Jennifer L. Morris, Esq.
>SETLIFF & HOLLAND, P.C.
>4940 Dominion Boulevard
>Glen Allen, Virginia 23060
>
>Counsel to Defendant Dominion Virginia Power

I also certify that on the same day I mailed a copy of the foregoing **MOTION FOR ENTRY OF AN ORDER DISMISSING TDS TELECOMMUNICATIONS CORPORATION** to:

>Mr. Frank Booker, Jr.
>_____
>_____
>
>Plaintiff

/s/   W. Jeffery Edwards (VSB# 20719)
William H. Wright, Jr. (VSB# 25576)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
Email: cwright@hunton.com

*Counsel for TDS Telecommunications Corporation*